# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00103-CV

## In re Christine E. Reule

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

On February 25, 2014, relator filed a declaration of indigence in this Court. *See* Tex. R. App. P. 20.1(c)(2). On February 26, 2014, the Clerk of this Court sent a copy of the declaration of indigence to the trial court and the court reporters. On March 7, 2014, the court reporters filed a joint contest to the declaration of indigence. Pursuant to Texas Rule of Appellant Procedure 20.1(h), we refer the contest to the trial court and instruct the trial court to hold a hearing on the contest in accordance with Texas Rule of Appellate Procedure 20.1(i) and to advise this Court of its ruling. *See* Tex. R. App. P. 20.1(h)–(i).

It is ordered March 18, 2014.


Before Justices Puryear, Goodwin, and Field